# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHRISTOPHER EVERETT                                                                                  PLAINTIFF
ADC #152664

v.                                          3:20-cv-00220-DPM-JJV

SHAWN RICHARD; *et al.*                                                                           DEFENDANTS

## ORDER

Having reviewed Plaintiff Christopher Everett's ("Plaintiff") Amended Complaint (Doc. No. 4) for screening purposes,[1] the Court concludes service is appropriate as to Plaintiff's claims against Defendants Shawn Richard, Pierce, and Faust.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendants Richard, Pierce, and Faust.  The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 4), Summons, and this Order on each of them without prepayment of fees and costs or security therefore.  Service for Defendants Richard, Pierce, and Faust should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

DATED this 14th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).