IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                                   PLAINTIFF

v.                      No. 3:20-cv-220-DPM-JJV

SHAWN RICHARD, Mental Health,
ADC; PIERCE, Assistant Warden, ADC;
FAUST, Warden, ADC; ANDREW SHUBERT,
Mental Health Staff, North Central Unit, ADC;
BRIAN SIGHTS, Mental Health Staff, North
Central Unit, ADC; WILSON, Mental Health
Staff, North Central Unit, ADC; RORY
GRIFFIN, Mental Health Director, ADC;
DEXTER PAYNE, Director, ADC; BOB
PARKER, Mental Health Administrator,
ADC; RICKETTS, Assistant Warden,
North Central Unit, ADC; and MOSES
JACKSON, North Central Unit, ADC              DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Everett may proceed with his individual capacity claims against Richard, Faust, and Pierce about his conditions of confinement and deliberate indifference to his serious medical needs. All other claims and Defendants are dismissed without prejudice.

So Ordered.

*DPMarshallJr.*

D.P. Marshall Jr.
United States District Judge

29 September 2020