# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                         **PLAINTIFF**

v.                              No. 3:20-cv-220-DPM-JJV

SHAWN RICHARD, Mental Health,
ADC;   PIERCE, Assistant Warden, ADC;
FAUST, Warden, ADC;   ANDREW SHUBERT,
Mental Health Staff, North Central Unit, ADC;
BRIAN SIGHTS, Mental Health Staff, North
Central Unit, ADC;   WILSON, Mental Health
Staff, North Central Unit, ADC;   RORY
GRIFFIN, Mental Health Director, ADC;
DEXTER PAYNE, Director, ADC;   BOB
PARKER, Mental Health Administrator,
ADC;   RICKETTS, Assistant Warden,
North Central Unit, ADC;   and MOSES
JACKSON, North Central Unit, ADC                          **DEFENDANTS**

## JUDGMENT

Everett's deliberate indifference claims against Richard, Pierce, and Faust — including his official capacity claims for injunctive relief — are dismissed with prejudice.   All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
21 June 2021